# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LILLIAN JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MARY LATTIMORE, Warden,<br><br>　　　　Respondent. | No. ED CV 09-622-PA (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 4, 2009

　　　　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE